# Third District Court of Appeal

## State of Florida

Opinion filed February 28, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2261
Lower Tribunal No. F97-4270

_____

**Mister D. Simmons,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Joseph Perkins, Judge.

Mister D. Simmons, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, C.J., and LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.